**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER A. FITZGERALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:08-cv-02645-dkv |
| v. | ) |
| | ) |
| UNIFIRST CORPORATION, | ) |
| | ) |
| Defendant. | ) |

_____

**STIPULATION OF DISMISSAL**
_____

Plaintiff, Christopher A. Fitzgerald, and Defendant, UniFirst Corporation, hereby voluntarily agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

| | |
|---|---|
| CHRISTOPHER A. FITZGERALD, | UNIFIRST CORPORATION, |
| By his attorney, | By its attorneys, |
| | |
| s/Tiffany A Johnson | s/Robert B. C. Hale |
| Tiffany A. Johnson, Esq. | Robert B. C. Hale, Esq. |
| TN Bar No. 025846/MS Bar No. 102532 | TN B.P.R. #13261 |
| The Cochran Firm—Memphis | One Commerce Square, Suite 1700 |
| 2600 One Commerce Square | Memphis, TN 38103 |
| Memphis, TN 38103 | Tel: (901) 525-1322 |
| Tel: (901) 523-1222 | |
| Fax: (901) 523-1999 | Bradford J. Smith (*pro hac vice*) |
| Email: tjohnson@cochranfirm.com | James M. Hlawek (*pro hac vice*) |
| | Goodwin Procter LLP |
| | 53 State Street |
| | Boston, MA 02109 |
| | Tel:  (617) 570-1000 |
| | Fax: (617) 523-1231 |
| | Email: bsmith@goodwinprocter.com |
| | jhlawek@goodwinprocter.com |

Dated:   April 3, 2009

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on the following counsel of record by the Court's electronic filing system, this the 3rd day of April, 2009:

Tiffany G. Johnson, Esq.
TN Bar No. 025486 / MS Bar No. 102532
The Cochran Firm—Memphis
2600 One Commerce Square
Memphis, TN 38103
Tel.: 901.523.1222
Fax: 901.523.1999
Email: tjohnson@cochranfirm.com

                                                    s/Robert B. C. Hale

ND: 4842-8060-4419, v. 1